**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SALVATORE J. LENTINI, on behalf of himself and all others similarly situated, | ) |
| | ) Misc. Action No. ______________ |
| Plaintiff, | ) |
| v. | ) RE: No. 3:06-cv-572 (AWT) |
| | ) Pending in the U.S. District Court for the District of Connecticut |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, | ) |
| | ) **CLASS ACTION** |
| Defendant. | ) |

**AFFIDAVIT OF INGRID L. MOLL IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR SANCTIONS AGAINST MULTISTATE TITLE CO., LLC**

I, Ingrid L. Moll, being duly sworn upon my oath do hereby depose and state the following:

1. I am over the age of 18.

2. I understand the meaning of an oath.

3. I make this affidavit from personal knowledge.

4. I am an associate at Motley Rice LLC, counsel for the Plaintiff, Salvatore J. Lentini, in the action captioned *Salvatore J. Lentini, on behalf of himself and all others similarly situated v. Fidelity National Title Insurance Company of New York*, No. 3:06-cv-572 (AWT), now pending in the United States District Court for the District of Connecticut.

5. I submit this affidavit in support of Plaintiff's Motion to Compel Compliance with Subpoenas and for Sanctions Against MultiState Title Co., LLC., filed simultaneously herewith.

6. On January 9, 2007, counsel for MultiState Title Co., LLC ("MultiState"), Attorney Michael P. Lynch, and I had a teleconference in which Attorney Lynch: (1) requested a forty-five (45) day extension for MultiState to comply with the Document Subpoena because responsive documents would have to be pulled from storage; and (2) requested that we meet and confer within the two weeks that followed our January 9, 2007 call to discuss the scope of the Document Subpoena.

7. Counsel for MultiState has not contacted me, or any other attorney for the Plaintiff to my knowledge, in any form since Attorney Lynch's letter dated January 12, 2007.

Executed on April 26, 2007 in Hartford, Connecticut.

Ingrid L. Moll
Motley Rice LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Ph: (860) 882-1678
Fax: (860) 882-1682
Email: imoll@motleyrice.com

Subscribed and sworn to before
me this 26th day of April, 2007.

Alice Janelle, Notary Public

ALICE H. JANELLE
NOTARY PUBLIC
MY COMMISSION EXPIRES JULY 31, 2009