MICHAEL P. LYNCH
ATTORNEY AND COUNSELOR AT LAW

ADMITTED IN BOTH
RHODE ISLAND &
MASSACHUSETTS

117 HIGH STREET, SUITE 2
P.O. BOX 761
WESTERLY, RHODE ISLAND 02891

TELEPHONE (401) 348-3000

TELEFAX (401) 348-8900

January 12, 2007

Ingrid I. Moll, Esquire
Motley Rice, LLC
20 Church Street, 17th Floor
Hartford, CT 06103

Re: Multistate Title Co., LLC

Dear Ms. Moll:

This letter is follow up to our telephone discussion of Tuesday, January 9, 2007 relative to the above captioned matter. As I advised you I am counsel for Multistate Title Co., LLC. I am in receipt of the Subpoena that was delivered to Multistate Title Co., LLC as well as the Subpoena Duces Tecum. As agreed though my client was not properly served no further service of process will be required and I will not raise this issue further. In this regard you have agreed to the preservation of those objections I have to the subpoenas served. Further in this regard we agreed to talk over the course of the next two weeks to narrow the focus of the material sought. Thereafter we expect the deposition to take place by the end of February, 2007.

I look forward to discussing this matter with you most probably next week. I will attempt in advance of then to try forward my formal objection and a proposal we will be able to work from.

Thank you.

I look forward to the opportunity to discuss this matter in further detail with you.

Very truly yours,

Michael P. Lynch, Esquire

MPL/abh