MotleyRice

Ingrid L. Moll
860.882.1678
Fax 860.882.1682
imoll@motleyrice.com

February 7, 2007

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

Re: *Salvatore J. Lentini, on behalf of himself and all others similarly situated v. Fidelity National Title Insurance Company of New York,* Civil Action No. 3:06-cv-0572 (AWT) (D. Conn.)

Dear Attorney Lynch:

This is in response to your letter of January 12, 2007 in the above-referenced matter. In accordance with your letter, we are awaiting your formal written response to the subpoenas issued to MultiState Title Co., LLC. Would you kindly provide a written response at your earliest convenience so that we may meet and confer on your client's objections and move forward with a document production and rescheduling of the 30(b)(6) deposition of MultiState. I look forward to hearing from you soon.

Very truly yours,

Ingrid L. Moll

ILM/vta
cc: William H. Narwold, Esq. (via email only)