MotleyRice

Ingrid L. Moll
860.882.1678
Fax 860.882.1682
imoll@motleyrice.com

FAXED 3/2/07

March 2, 2007

**VIA FACSIMILE AND U.S. MAIL**

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

Re: *Salvatore J. Lentini, on behalf of himself and all others similarly situated v. Fidelity National Title Insurance Company of New York,* Civil Action No. 3:06-cv-0572 (AWT) (D. Conn.)

Dear Attorney Lynch:

I write with regard to the above-referenced matter, and the third party subpoenas issued to your client MultiState Title Co., LLC. We have neither received the written proposal promised in your January 12, 2007 letter, nor heard from you in response to my February 7, 2007 letter.

Any objections to the subpoenas issued to MultiState Title Co., LLC are long overdue and are now deemed waived. Not only do we request an immediate document production pursuant to the subpoena duces tecum, but we need to reschedule the Rule 30(b)(6) deposition of MultiState Title. Please call me at your earliest convenience so that these matters may be addressed in an expeditious manner.

Very truly yours,

Ingrid L. Moll

Ingrid L. Moll

ILM/vta
cc: William H. Narwold, Esq. (via email only)