MotleyRice

Ingrid L. Moll
860.882.1678
Fax 860.882.1682
imoll@motleyrice.com

April 20, 2007

FAXED 4/20/07

**VIA FACSIMILE AND CERTIFIED MAIL**

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

Re: *Salvatore J. Lentini, on behalf of himself and all others similarly situated v. Fidelity National Title Insurance Company of New York*, Civil Action No. 3:06-cv-0572 (AWT) (D. Conn.)

Dear Attorney Lynch:

I write again with regard to the above-referenced matter and the third party subpoenas issued to your client MultiState Title Co., LLC. We still have yet to receive the written proposal promised in your January 12, 2007 letter, and you have never responded to my February 7 and March 2, 2007 letters. In view of your client's failure to comply with such subpoenas or otherwise respond to my correspondence, we will be forced to file a miscellaneous action against MultiState Title in which we will move to compel compliance, as well as seek all appropriate sanctions. So that we can avoid taking such action, please confirm that an immediate and complete document production will be made pursuant to the subpoena duces tecum and that MultiState will make itself available for its 30(b)(6) deposition on a date certain in May.

I look forward to hearing from you no later than Wednesday, April 25, 2007.

Very truly yours,

Ingrid L. Moll

ILM/vta
cc: William H. Narwold, Esq. (via email only)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1820 0005 8344 3888

| | | |
|---|---|---|
| Postage | $ .39 | 4/20/07 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.64 | |

*Sent To*
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

PS Form 3800, J

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Amy Harrington ☐ Agent ☒ Addressee

B. Received by (Printed Name) Amy Harrington C. Date of Delivery 4/23/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1820 0005 8344 3888

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-Z-0985