AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

MISC 07 0034S

Salvatore J. Lentini, on behalf of himself and all others similarly situated,

V.

Fidelity National Title Insurance Company of New York

**APPEARANCE**

Case Number: Misc. No.

RE: No. 3:06-cv-572 (AWT)
Pending in the U.S. District Court
for the District of Connecticut

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Salvatore J. Lentini

I certify that I am admitted to practice in this court.

4/27/2007
Date

Signature

Vincent Greene — RI #5971
Print Name — Bar Number

Motley Rice LLC, 321 South Main St.
Address

Providence — RI — 02940
City — State — Zip Code

(401) 457-7700 — (401) 457-7708
Phone Number — Fax Number