UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE J. LENTINI, on behalf of himself and all others similarly situated,
Plaintiff

Misc. Action No: 07-0034S

Vs.

Re: No. 3:06-cv-572 (AWT)
Pending in the U.S. District Court for the District of Connecticut

FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK
Defendant

CLASS ACTION

**OJBECTION TO PLAINTIFF SALVATORE LENTINI'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR SANCTIONS AGAINST MULTISTATE TITLE CO., LLC**

Now comes Multistate Title Co., LLC and objects to the Plaintiff's Motion to Compel Compliance with Subpoenas and for Sanctions. In support of the foregoing, Multistate Title Co., LLC requests a hearing for good and sufficient cause and for those other reasons as set forth in the accompanying Memorandum. Multistate Title Co., LLC believes argument would be limited to approximately 15 minutes for each party.

Respectfully submitted,

Michael P. Lynch, Esquire (#3451)
117 High Street
P.O. Box 761
Westerly, RI 02891
Phone: 401-348-3000
Fax: 401-348-8900

Attorney for Mutlistate Title Co., LLC

## CERTIFICATION

I hereby certify that on the 7th day of May, 2007, I mailed a true copy of the within document first-class mail, postage prepaid, to:

Vincent Green, Esquire
Ingrid L. Moll, Esquire
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Joseph J. Cherico, Esquire
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stampford, CT 06901

David Fleischer, Esquire
Thomas J. Finn, Esquire
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022

Amy Harrington

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE J. LENTINI, on behalf of himself and all others similarly situated,
Plaintiff

Misc. Action No: 07-0034S

Vs.

Re: No. 3:06-cv-572 (AWT)
Pending in the U.S. District Court for the District of Connecticut

FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK
Defendant

CLASS ACTION

**MEMORANDUM IN SUPPORT OF OJBECTION TO PLAINTIFF SALVATORE LENTINI'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR SANCTIONS AGAINST MULTISTATE TITLE CO., LLC**

Now comes the referenced deponent, Multistate Title Co., LLC, and files the within Memorandum in opposition to Plaintiff's Motion to Compel Compliance with Subpoenas and for Sanctions.

In the initial instance the referenced delivery of Subpoenas to Multistate Title Co., LLC was defective. In both instances, a delivery man left the Subpoenas with an individual at Multistate Title Co., LLC's address where the individual, Steven Hudak, was neither a member, manager or other authorized individual to accept service of process in any form.

Further, in accordance with applicable rules governing the issuance of Subpoenas requiring or commanding an appearance for a Deposition the deponent is to be provided appropriate fees, etc. for attendance at said Deposition. This was not present when left by the delivery man. The referenced waiver by Multistate Title Co., LLC's counsel to Plaintiff's counsel was actually the result of what was believed to have been an agreement between counsel; namely that the deficiencies with respect to the service of the Subpoena would be ignored and Multistate Title Co., LLC would retain their ability to object to certain requested material. That did not occur, albeit not as a result of the failure of Plaintiff's counsel but as a result of Multistate Title Co., LLC's counsel not following up with Plaintiff's counsel. However, the failure to properly have a Subpoena served upon the deponent does not warrant or give right to the filing of

a Motion to Compel Compliance and/or seek sanctions when the initial action undertaken failed to follow the requirements of service on the appropriate individual or individuals, and failing to otherwise comply with the requirements of seeking to depose a non-party witness.

As a result of the foregoing, Plaintiff's Motion is premature and otherwise improperly presented to this Court having failed to undertake the appropriate steps necessary to seek the attendance of the appropriate individual(s) on behalf of Multistate Title Co, LLC at the Deposition requested.

Wherefore, based on the foregoing, for the foregoing reasons and such other good and sufficient cause as may be set forth at the time of a requested hearing, which Multistate Title Co., LLC seeks, the requested relief should be denied and dismissed and the Plaintiff ordered to pay such fees and costs as are appropriate.

Respectfully submitted,

Michael P. Lynch, Esquire (#3451)
117 High Street
P.O. Box 761
Westerly, RI 02891
Phone: 401-348-3000
Fax: 401-348-8900

Attorney for Mutlistate Title Co., LLC

**CERTIFICATION**

I hereby certify that on the 7th day of May, 2007, I mailed a true copy of the within document first-class mail, postage prepaid, to:

Vincent Green, Esquire
Ingrid L. Moll, Esquire
Motley Rice, LLC
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103

Joseph J. Cherico, Esquire
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stampford, CT 06901

David Fleischer, Esquire
Thomas J. Finn, Esquire
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022

Amy Harrington