**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SALVATORE J. LENTINI, on behalf of himself and all others similarly situated, | ) | Misc. Action No. 1:07-mc-00034-S |
| Plaintiff, | ) | |
| v. | ) | RE: No. 3:06-cv-572 (AWT) Pending in the U.S. District Court for the District of Connecticut |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, | ) | |
| Defendant. | ) | **CLASS ACTION** |

**PLAINTIFF SALVATORE LENTINI'S REPLY TO MULTISTATE TITLE CO., LLC'S OBJECTION TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR SANCTIONS**

Pursuant to Local Civil Rule 7(b)(2), the Plaintiff, Salvatore J. Lentini ("Plaintiff"), hereby submits his Reply to MultiState Title Co., LLC's Objection to Motion to Compel Compliance with Subpoenas and for Sanctions ("MultiState's Objection") (Doc. #3.) For the reasons stated in Plaintiff's Motion to Compel (Doc. #1) and those stated below, Plaintiff respectfully requests that the Court grant his Motion.

MultiState's Objection raises two grounds, neither of which has any merit. First, MultiState argues that service of the subpoenas at issue was defective. (The proofs of service are attached to Plaintiff's Motion to Compel (Doc. #1) at Exhibits C and D.) By way of background, the subpoenas were served on Steven M. Hudak at MultiState Title. This Court need not decide whether service was defective, however, because MultiState's counsel expressly waived any challenge to service. Specifically, in a letter dated January 12, 2007, MultiState's counsel wrote the following:

> This letter is follow up to our telephone discussion of Tuesday, January 9, 2007 relative to the above captioned matter. As I advised you I am counsel for Multistate Title Co., LLC. I am in receipt of the Subpoena that was delivered to Multistate Title Co., LLC as well as the Subpoena Duces Tecum. As agreed though my client was not properly served **no further service of process will be required and I will not raise this issue further**.

(See Letter from Michael P. Lynch dated January 12, 2007 (attached as Exhibit E to Plaintiff's Motion to Compel) [emphasis added].)

In light of MultiState's express waiver, it is wholly inappropriate for MultiState to exacerbate their three-month failure to comply with the subpoenas or even respond to Plaintiff's counsel's correspondence by suggesting how that service was defective.

Second, without any citation to authority, MultiState also argues that Plaintiff's Motion to Compel is somehow "premature" because the subpoena commanding the Rule 30(b)(6) deposition of MultiState was not accompanied by the witness and mileage fee. As an initial matter, it is hard to conceive how Plaintiff's Motion to Compel could be deemed "premature" when Plaintiff's counsel's repeated efforts to correspond with MultiState to resolve the subpoena-related issues went wholly ignored for three months. MultiState's Objection further fails to mention that in the enclosure letter that accompanied the subpoenas issued to MultiState, Plaintiff's counsel stated the following:

> Also attached is a second subpoena and a Notice of Fed. R. Civ. P. 30(b)(6) Deposition of MultiState Title scheduled for January 18, 2007. **Once the deponent is identified, we will issue the appropriate witness and mileage fees**.

(See Letter from Ingrid L. Moll to MultiState Title Co., LLC dated December 19, 2006 (attached hereto as Exhibit A) [emphasis added].) Moreover, because MultiState recently identified its Rule 30(b)(6) witness, the witness and mileage fee is being simultaneously issued to such individual on this date.

Based on the foregoing, Plaintiff respectfully requests that the Court grant his Motion to Compel (Doc. #1).

Respectfully submitted,

Dated: May 21, 2007

/s/ Vincent Greene
Vincent Greene (R.I. State Bar #5971)
MOTLEY RICE LLC
321 South Main St.
Providence, RI 02940
Ph: (401) 457-7700
Fax: (401) 457-7708
Email: vgreene@motleyrice.com

Of counsel:
Ingrid L. Moll (CT 21866)
MOTLEY RICE LLC
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
Ph: (860) 882-1678
Fax: (860) 882-1682
Email: imoll@motleyrice.com

*Attorneys for Plaintiff Salvatore J. Lentini*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, a copy of the foregoing was served by first class United States mail, postage prepaid, on the following defense counsel of record in the underlying action, *Salvatore J. Lentini, on behalf of himself and all others similarly situated v. Fidelity National Title Insurance Company of New York*, No. 3:06-cv-572 (AWT), pending in the District of Connecticut:

Joseph J. Cherico, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Ph: (203) 961-7400
Fax: (203) 359-3031

David Fleischer, Esq.
Thomas J. Finn, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022
212-318-6000
Fax: 212-319-4090

I further certify that on May 16, 2007, a copy of the foregoing was served by facsimile and first class United States mail, postage prepaid, on the following counsel for MultiState Title Co., LLC:

Michael P. Lynch, Esq.
117 High Street, Suite 2
Westerly, RI 02891

/s/ Vincent Greene
Vincent Greene (R.I. State Bar #5971)
MOTLEY RICE LLC
321 South Main St.
Providence, RI 02940
Ph: (401) 457-7700
Fax: (401) 457-7708
Email: vgreene@motleyrice.com

MotleyRice

Ingrid L. Moll
860.882.1678
Fax 860.882.1682
imoll@motleyrice.com

December 19, 2006

**VIA MESSENGER**

MultiState Title Company, LLC
Attn: Records Custodian
481 Atwood Avenue
Cranston, RI 02903

Re: *Salvatore J. Lentini v. Fidelity National Title Insurance Company of New York*
Civil Action No. 3:06-cv-572 (AWT) (D. Conn.)

Dear Sir or Madam:

Enclosed and served upon you please find two subpoenas in the above-referenced lawsuit. Please be advised that the first enclosed subpoena requires you to produce copies of the documents requested at Motley Rice LLC, 321 South Main Street, Providence, RI 02903 on January 8, 2007. Motley Rice LLC will reimburse you for the reasonable costs associated with such copying. Also attached is a second subpoena and a Notice of Fed. R. Civ. P. 30(b)(6) Deposition of MultiState Title scheduled for January 18, 2007. Once the deponent is identified, we will issue the appropriate witness and mileage fees.

Please note that Rule 45 of the Federal Rules of Civil Procedure requires you to produce documents as they are kept in the usual course of business or organize and label them to correspond with the categories in the demand.

We appreciate your attention to this matter. Please contact me if you have any questions.

Very truly yours,

Ingrid L. Moll

ILM/vta
encl.
cc: Counsel of record (w/encl.)