UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SALVATORE J. LENTINI, on behalf of himself and all others similarly situated,
Plaintiff

Misc. Action No: 1:07-mc-0034S

v.

Re: No. 3:06-cv-572 (AWT)
Pending in the U.S. District Court for the District of Connecticut

FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK,
Defendant

CLASS ACTION

**ORDER**

The above entitled matter was scheduled to come on for hearing before this Honorable Court on the 23rd day of May, 2007 and by agreement of the parties and with the approval of this Court, it is hereby:

**ORDERED, ADJUDGED AND DECREED**

1. The Fed. R. Civ. P. 30(b)(6) deposition of MultiState Title Co., LLC ("MultiState"), will be taken no later than June 15, 2007, on a date to be agreed to by the parties hereto and the deponent and its counsel .

2. MultiState shall produce, to the extent they exist in the possession, custody or control of MultiState, all non-privileged documents responsive to Request for Production Nos. 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15 and 16 in the subpoena duces tecum issued on December 19, 2006. Request No. 7 shall apply to any refinance closing for property in the state of Connecticut and MultiState shall produce, if in its possession, custody and/or control, the HUD Settlement Statements, all correspondence between MultiState and Fidelity National Title Insurance Company related to said refinance closings, all title searches in each of the foregoing refinance closings and/or schedules attached to any title commitments, and as to any of those refinance closings where a refinance discount was given, any documentation reflecting the basis on which such discount was given, to the extent same exists. MultiState's production may be made by computer disk(s).

3. No later than May 31, 2007, MultiState shall produce to Plaintiff all documents described in Paragraph 2 above.

PER ORDER:

/s/ Lincoln D. Almond
MAGISTRATE JUDGE LINCOLN ALMOND